**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, | : : : : : : : : : : : : : : : : : | Civil File No. 2:26-cv-00583 |
| Plaintiff, | | |
| v. | | |
| PRIME INSURANCE PROVIDERS, LLC | | |
| Defendant. | | |

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

_____
United States District Judge