# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **PRIME INSURANCE PROVIDERS, LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:26-cv-00583-PLD <br> ) <br> ) <br> ) <br> ) |

## AFFIDAVIT OF SERVICE

I, Azuka Adumeta, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Prime Insurance Providers, LLC in York County, MD on April 10, 2026 at 7:12 am at 36 Yara Way, Maria Aslam, Hanover, MD 17331 by leaving the following documents with Muhammed Nawaz who as Spouse is authorized by appointment or by law to receive service of process for Prime Insurance Providers, LLC.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT

Additional Description:
Muhammed Nawaz. Spouse.
Race: Asian, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=39.755976089,-76.9640795932
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

   Carroll County               ,

   MD    on   4/10/2026      .

/s/ *Azuka Adumeta*

Signature
Azuka Adumeta
+1 (443) 922-5620



Exhibit 1a)