AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Western District of Pennsylvania

| | |
|---|---|
| STEWART ABRAMSON, et al. | ) |
| *Plaintiff* | ) |
| v. | )   Case No.   2:26-cv-00583 |
| PRIME INSURANCE PROVIDERS, LLC | ) |
| *Defendant* | ) |
| | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Prime Insurance Providers, LLC

Date:     05/13/2026

_____
*Attorney's signature*

Joseph P. Rewis, PA I.D. #92908
*Printed name and bar number*

Joseph P. Rewis & Associates, LLC
234 Shiloh Street
Pittsburgh, Pennsylvania 15211

*Address*

Rewis@Rewislaw.com
*E-mail address*

(412) 431-7770
*Telephone number*

(412) 431-7777
*FAX number*