# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on
behalf of a class of all persons and entities
similarly situated

Civil Action No. 2:26-cv-583

vs.

or

Criminal Action No. _____

PRIME INSURANCE PROVIDERS, LLC,

## DISCLOSURE STATEMENT

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ _____, in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____ _____ PRIME INSURANCE PROVIDERS, LLC, _____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

05/15/2026
_____

Date

_____
Signature of Attorney or Litigant