IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on
behalf of a class of all persons and entities
similarly situated,

                Plaintiff,

v.

PRIME INSURANCE PROVIDERS, LLC,

                Defendants.

CIVIL DIVISION

No.:2:26-cv-00583

Motion for Admission Pro Hac Vice

Filed on Behalf of:

DEFENDANT

Counsels of Record:

**Joseph P. Rewis, Esquire**
Pa.I.D. No. 92908

Joseph P. Rewis & Associates, LLC
234 Shiloh Street
Pittsburgh, Pennsylvania 15211

Rewis@Rewislaw.com
(412) 431-7770

Petitioner:

Mark Thomas Sophocles, Esquire
21 Industrial Boulevard
Suite 201
Paoli, Pennsylvania 19301

Mark@Sophocleslaw.com
(215) 880 - 8825

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf
of a class of all persons and entities similarly situated,
Plaintiff,

v.                                                                Civil Action No. 2:26-cv-00583

PRIME INSURANCE PROVIDERS, LLC,
Defendant.

## MOTION FOR ADMISSION PRO HAC VICE

**AND NOW** comes Joseph Rewis, Esquire, a member in good standing of the bar of
Pennsylvania and respectfully moves this Honorable Court for admission pro hac vice of Mark
Thomas Sophocles, Esquire, to appear as counsel for Defendant in the above-captioned matter. In
support thereof, movant avers as follows:

1. Joseph Rewis, Esquire is a member in good standing of the Bar of this Court and is counsel
   of record in this matter.

2. Mark Thomas Sophocles, Esquire ("Applicant"), is an attorney duly admitted to practice
   law in the State of Pennsylvania and is in good standing in all jurisdictions where he is
   admitted.

3. Applicant's office address is:

   21 Industrial Blvd., Suite 201

   Paoli, PA 19301

4. Applicant's telephone number is: 215.880.8825

   Applicant's email address is: mark@sophocleslaw.com

5. Applicant is not currently suspended or disbarred from practice in any court and has no
   disciplinary proceedings pending against him.

6. Applicant has not previously been denied admission pro hac vice by this Court.

7. Applicant is familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and will comply with all applicable rules and procedures.

8. Applicant agrees to be bound by the Rules of Professional Conduct applicable in this Court.

9. Applicant will be associated with Joseph Rewis, Esquire, local counsel, who will remain counsel of record and upon whom all pleadings, notices, and other papers may be served.

**WHEREFORE,** Joseph Rewis, Esquire respectfully requests that this Court enter an Order granting Mark Thomas Sophocles, Esquire admission pro hac vice to represent Plaintiff in this matter.

Respectfully submitted,

Joseph P. Rewis, Esquire

**JOSEPH P. REWIS & ASSOCIATES, LLC**
**234 SHILOH STREET**
**PITTSBURGH, PENNSYLVANIA 15211**
**412-431-7770**
**REWIS@REWISLAW.COM**

**COUNSEL FOR DEFENDANT**
**PRIME INSURANCE AGENCY, LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf
of a class of all persons and entities similarly situated,
Plaintiff,

v.

PRIME INSURANCE PROVIDERS, LLC,
Defendant.

Civil Action No. 2:26-cv-00583

## VERIFIED STATEMENT OF MARK THOMAS SOPHOCLES, ESQUIRE IN SUPPORT OF ADMISSION PRO HAC VICE

I, Mark Thomas Sophocles, Esquire, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1. I am an attorney at law duly licensed and admitted to practice in the following

   jurisdictions:

   Supreme Court of Pennsylvania in good standing since 1994 and Federal Court for the

   Eastern District of Pennsylvania

2. I am a member in good standing of each of the above courts and bars.

3. My office address is:

   Applicant's office address is:

   21 Industrial Blvd., Suite 201

   Paoli, PA 19301

4. My telephone number is: 215.880.8825

   My email address is: mark@sophocleslaw.com

5. I am not currently suspended or disbarred from practice in any court, nor am I the subject

   of any pending disciplinary proceedings.

6. I have not previously been denied admission pro hac vice by this Court.

7. I am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the Western District of Pennsylvania, and the applicable standards of professional conduct.

8. I agree to comply with and be bound by the Local Rules of this Court and the Pennsylvania Rules of Professional Conduct.

9. I designate **Joseph Rewis, Esquire**, a member in good standing of the Bar of this Court, as local counsel in this matter. Local counsel shall remain counsel of record and shall be responsible for the conduct of this case.

10. I consent to the jurisdiction of this Court for any disciplinary proceedings that may arise from my participation in this case.

11. I certify that I have paid (or will promptly pay) the required pro hac vice admission fee in accordance with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mark Thomas Sophocles, Esquire

MARK THOMAS SOPHOCLES, ESQUIRE

21 INDUSTRIAL BLVD., SUITE 201
PAOLI, PA 19301
215.880.8825
EMAIL: MARK@SOPHOCLESLAW.COM

Date: 5/11/2026