## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated Plaintiff,** : : : : | |
| **V.** : : | **Civil Action No.:2:26-cv-00583** |
| **PRIME INSURANCE PROVIDERS, INC. Defendant.** : : | |

### ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of the foregoing Motion

for Admission Pro Hac Vice, it is hereby ORDERED that the Motion is GRANTED.

Mark Thomas Sophocles is admitted to practice before this Court pro hac vice in the above-

captioned matter.

**BY THE COURT:**

_____

**J.**