## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and     :
on behalf of all others similarly situated,     :
*PLAINTIFF,*     :
    :
    :
     v.     : **CIVIL ACTION NO. 2:26-CV-00583**
    :
PRIME INSURANCE PROVIDERS, LLC,     :
*DEFENDANT.*     :

---

### ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendant Prime

Insurance Providers, LLC's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to

Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby ORDERED,

ADJUDGED, and DECREED that said Motion is GRANTED.

It is FURTHER ORDERED that Plaintiff's Class Action Complaint and the class allegations

contained therein are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter

judgment in favor of Defendant Prime Insurance Providers, LLC, and to close this case.


BY THE COURT:


_____
United States District Judge