IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,** *PLAINTIFF,* | : : : : | |
| v. | : : | **CIVIL ACTION NO. 2:26-CV-00583** |
| **PRIME INSURANCE PROVIDERS, LLC,** *DEFENDANT.* | : : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of June 2026, a true and correct copy of the foregoing Defendants, Motion to Dismiss complaint and Brief in Support of Motion to Dismiss Complaint was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

Bower Law Associates, PLLC
Jeremy C. Jackson, Esquire
403 S. Allen Street, Suite 210
State Collage, PA 16801
Attorney for Plaintiff

Dated:  June 11, 2026

Respectfully submitted,

MARK THOMAS SOPHOCLES, LLC

_____
MARK T. SOPHOCLES, ESQUIRE
PA ATTY I.D. 74998
21 INDUSTRIAL BLVD., SUITE 201
PAOLI, PA 19301
PHN: 610-651-0105
FAX: 610-651-0106
MARK@SOPHOCLESLAW.COM

*ATTORNEY FOR DEFENDANT*
*PRIME INSURANCE PROVIDERS*