IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |  |
|---|---|---|---|
| _____ABRAMSON_____ | ) ) ) | Civil Action No. | 2:26-cv-00583-PLD |
| v. | ) ) ) | | |
| PRIME INSURANCE PROVIDERS, LLC__) | ) ) | _____ | |

**(Complete either Option 1 or Option 2)**

OPTION 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _June 15, 2025_____        __/s/ Anthony Paronich

_____
Signature

Print Name:   _Anthony Paronich_____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OPTION 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____        _____
Signature

Print Name:   _____