IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,** *PLAINTIFF,* | : : : | |
| | : | |
| v. | : | **Civil Action No. 2:26-CV-00582-MPK** |
| | : | |
| **PRIME INSURANCE PROVIDERS, LLC,** *DEFENDANT.* | : : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the

Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible

disqualification or recusal, the undersigned counsel states that Prime Insurance Providers, LLC, is

a nongovernmental LLC party. It certifies that it has no parent corporation, and no publicly held

corporation    owns    10%    or    more    of    its    stock/membership    interests.

Respectfully submitted,

MARK THOMAS SOPHOCLES, LLC

Mark T. Sophocles, Esquire
PA Supreme Court ID 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
Phn: 610-651-0105
Fax: 610-651-0106
Mark@Sophocleslaw.com

Attorney for
*Priome Insurance Providers, LLC*

1