IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, PLAINTIFF, | : : : : | |
| v. | : : | Civil Action No. 2:26-CV-00582-MPK |
| PRIME INSURANCE PROVIDERS, LLC, DEFENDANT. | : : : | |

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 9th day of July 2026, a true and correct copy of the foregoing Defendant, Prime Insurance Providers, LLC, Corporate Disclosure Statement was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St. Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street Suite 210
State College, PA 16801
jjackson@bower-law.com

*Counsels for Plaintiff*

Dated: July 9, 2026

Respectfully submitted,

MARK T. SOPHOCLES, ESQUIRE
ATTORNEY FOR DEFENDANT
*SALES STREAK, LLC*

2