## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,** *PLAINTIFF,* | : <br> : <br> : <br> : |
| v. | : **CIVIL ACTION NO. 2:26-CV-00583-PLD** <br> : |
| **PRIME INSURANCE PROVIDERS, LLC,** *DEFENDANT.* | : <br> : |

### DEFENDANT, PRIME INSURANCE PROVIDERS, LLC'S NOTICE OF ERRATA REGARDING THE CAPTION OF ITS CORPORATE DISCLOSURE STATEMENT

AND NOW, Defendant, Prime Insurance Providers, LLC ("Defendant"), by and through its undersigned counsel, Mark Thomas Sophocles, LLC, hereby submits this Notice of Errata to correct a typographical clerical error contained within the caption of its Corporate Disclosure Statement, filed on July 10, 2026 (ECF No. 19).

In support thereof, Defendant states as follows:

1. On July 10, 2026, Defendant filed its Corporate Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.

2. Due to an inadvertent clerical oversight, the case number in the caption of the filing was incorrectly identified as Civil Action No. 2:26-cv-00582-MPK.

3. The correct civil action assignment number for this matter is Civil Action No. 2:26-cv-00583-PLD.

4. Defendant files this Notice to ensure the record reflects the accurate case identification marker across all subsequent pleadings and docket management files. No substantive modifications have been made to the body or certifications of the Rule 7.1 Corporate Disclosure Statement itself.

A corrected version of the Corporate Disclosure Statement reflecting the accurate case caption is attached hereto as **Exhibit A**.

Dated: July 10, 2026

Respectfully submitted,

MARK THOMAS SOPHOCLES, LLC

By: _____

Mark T. Sophocles, Esquire
PA Supreme Court ID 74998
*Attorney for Defendant*
*Prime Insurance Providers, LLC*