## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated,** *PLAINTIFF,* | : |
| | : |
| | : |
| | : |
| v. | : CIVIL ACTION NO. 2:26-CV-00583-PLD |
| | : |
| **PRIME INSURANCE PROVIDERS, LLC,** *DEFENDANT.* | : |
| | : |

### CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 10th day of July 2026, a true and correct copy of the foregoing *Notice of Errata* was filed electronically using the Court's CM/ECF system, which will automatically send notification of such filing to all counsel of record.

_____
Mark T. Sophocles, Esquire
Attorney for
*Prime Insurance Providers*