# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, PLAINTIFF, | : : : : | |
| v. | : : | Civil Action No. 2:26-CV-00583-PLD |
| PRIME INSURANCE PROVIDERS, LLC, DEFENDANT. | : : | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel states that Prime Insurance Providers, LLC, is a nongovernmental LLC party. It certifies that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock/membership interests.

Respectfully submitted,

MARK THOMAS SOPHOCLES, LLC

Mark T. Sophocles, Esquire
PA Supreme Court ID 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
Phn: 610-651-0105
Fax: 610-651-0106
Mark@Sophocleslaw.com

Attorney for
*Priome Insurance Providers, LLC*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and       :
on behalf of all others similarly situated,   :
PLAINTIFF,                                :
                                          :
                                          :
    v.                                    :    Civil Action No.: 2:26-cv-00583-PLD
                                          :
PRIME INSURANCE PROVIDERS, LLC            :
DEFENDANTS.

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 10th day of July 2026, a true and correct copy of the foregoing Defendant, Prime Insurance Providers, LLC, Corporate Disclosure Statement was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

Anthony l. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St. Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street Suite 210
State College, PA 16801
jjackson@bower-law.com

Dated: July 10, 2026                      Respectfully submitted,

                                          MARK T. SOPHOCLES, ESQUIRE
                                          Attorney for Defendant
                                          *Prime Insurance Providers, LLC*

2