IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Stewart Abramson )
)
)
)
v. )
)
)
)
Prime Insurance Providers, LLC )
)

Civil Action No. 2-26-cv-00583-PLD

**(Complete either Option 1 or Option 2)**

OPTION 1:  CONSENT TO JURISDICTION BY
UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, I voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: 7-13.26                     _____
                                                    Signature

Print Name:  Mark T. Sophocles

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

OPTION 2:  DISTRICT JUDGE OPTION

Pursuant to Section 636(c)(2) of Title 28, United States Code, I acknowledge the availability of a United States Magistrate Judge but I elect to have this case randomly assigned to a United States District Judge.

Date: _____        _____
                                                    Signature

Print Name:  _____